IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02039-BNB

SUPERMAX PRISON ACTIVIST, and
50 MENTALLY ILL INMATES, Class,

    Plaintiffs,

v.

D. FOSTER, Counselor,
G. BREAM, C.O.,
SZEMBORKI, C.O.,
CAPTAIN KRIST,
SIA KRIST,
DEBRA LOCKE,
SHU LT. EISCHEN,
P. RANGEL,
ANTHONY OSAGLE,
C.O. BOYER,
C.O. MANSPEAKER,
COUNSELOR MADISON,
WARDEN BLAKE DAVIS,
A.W. MILUSNIC,
DR. KHON,
PA CAMACHO, and
FIVE UNKNOWN PERSONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 7 2010

GREGORY C. LANGHAM
                CLERK

## ORDER TO SEAL

An unidentified Plaintiff, who designates himself as "Supermax Activist," is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He has attempted to initiate a class action lawsuit by submitting a "Request to Proceed in Forma Pauperis," and a "Civil Rights Complaint 42 U.S.C. 1983/Bivens

Action/Class Action." By separate order, he has been directed to cure certain deficiencies in this action.

Plaintiff asks in his request to proceed *in forma pauperis* and complaint that the Court not use his name on any Court documents because he fears for his life. The only document filed to date bearing Plaintiff's name is the *in forma pauperis* request. Therefore, the Court will direct the clerk of the Court to seal the *in forma pauperis* request (document #1).

Accordingly, it is

ORDERED that the clerk of the court seal the "Request to Proceed in Forma Pauperis," filed as document number one in this action.

DATED August 27, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02039-BNB

Supermax Prison Activist
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/27/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk